# UNITED STATES DISTRICT COURT FOR THE
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Gary A. Hebda and Deborah L. Hebda,          ) | |
|                                              ) | **NOTICE OF MOTION TO DISMISS** |
|                         Plaintiffs,          ) | |
|                                              ) | |
|             vs.                              ) | 1:14-cv-4318 (LTS) (HBP) |
|                                              ) | |
| Davis Selected Advisers, L.P., and           ) | |
| Davis Selected Advisers-NY, Inc.,            ) | **ORAL ARGUMENT REQUESTED** |
|                                              ) | |
|                         Defendants.          ) | |

**PLEASE TAKE NOTICE** that, upon the accompanying Memorandum of Law in Support of Defendants' Motion to Dismiss the Complaint, the Declaration of Stephen G. Topetzes and accompanying exhibits, and all other papers and proceedings herein, Defendants Davis Selected Advisers, L.P. and Davis Selected Advisers-NY, Inc. (together "Defendants") will move this Court, before the Honorable Laura T. Swain, United States District Judge for the Southern District of New York, on a date and time to be set by the Court, for an Order dismissing the Complaint with prejudice pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure. The basis for the motion is set forth in the accompanying memorandum of law.

Pursuant to the individual practices of the Honorable Laura T. Swain, Defendants certify, through counsel, that they have used their best efforts to informally resolve the matter contained in this submission.

Dated:   August 25, 2014
         New York, New York              Respectfully Submitted,

                                         K&L GATES LLP


                                         By:   /s/   Joanna A. Diakos

                                         Joanna A. Diakos
                                         599 Lexington Ave.
                                         New York, NY 10022
                                         Tel:   (212) 536-3900
                                         Fax:   (212) 536-3901
                                         Email: joanna.diakos@klgates.com

                                         Stephen G. Topetzes (*pro hac vice* forthcoming)
                                         Jeffrey B. Maletta (*pro hac vice* forthcoming)
                                         Nicholas G. Terris (application pending)
                                         Nicole A. Baker (*pro hac vice* forthcoming)
                                         Amy J. Eldridge (*pro hac vice* forthcoming)
                                         **K&L Gates LLP**
                                         1601 K Street NW
                                         Washington, D.C. 20006
                                         Tel:   (202) 778-9000
                                         Fax:   (202) 778-9100
                                         Email: stephen.topetzes@klgates.com
                                                jeffrey.maletta@klgates.com
                                                nicholas.terris@klgates.com
                                                nicole.baker@klgates.com
                                                amy.eldridge@klgates.com


                                         *Attorneys for Defendants*