UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

GARY HEBDA et al.,

        Plaintiffs,

    -vs-

DAVIS SELECTED ADVISERS, L.P. et al.,

        Defendants.
-------------------------------------------------------

SAUL CHILL et al.,

        Plaintiffs,

    -vs-

DAVIS SELECTED ADVISERS, L.P. et al.,

        Defendants.
-------------------------------------------------------x

14-CV-4318-LTS

14-CV-6842-LTS

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: SEP 12 2014

## ORDER

As discussed in today's pre-motion conference, the initial pre-trial conferences in the above-captioned cases are adjourned to the control date of **November 21, 2014, at 10:00 a.m.**

The pending motion to dismiss filed by Defendants against the Hebda Plaintiffs is denied without prejudice. This resolves docket entry no. 12 in the case numbered 14-CV-4318-LTS.

The deadline for Defendants to respond to the complaint in each of the above-captioned cases is extended pending further order of the Court.

SO ORDERED.

Dated: New York, New York
       September 12, 2014

                                              LAURA TAYLOR SWAIN
                                              United States District Judge