Swain, J

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Gary A. Hebda and Deborah L. Hebda, | |
| Plaintiffs, | Civil No. 1:14-cv-4318 (LTS) (HBP) |
| v. | |
| Davis Selected Advisers, L.P., and Davis Selected Advisers-NY, Inc., | |
| Defendants. | |

```
┌─────────────────────────────────┐
│ USDC SDNY                        │
│ DOCUMENT                         │
│ ELECTRONICALLY FILED             │
│ DOC #: _____           │
│ DATE FILED:  SEP 1 9 2014        │
└─────────────────────────────────┘
```

| |
|---|
| Saul Chill and Sylvia Chill, |
| Plaintiffs, |
| v. |
| Davis Selected Advisers, L.P., and Davis Selected Advisers-NY, Inc., |
| Defendants. |

Civil No. 1:14-cv-6842 (LTS)

## STIPULATION AND [PROPOSED] ORDER CONSOLIDATING CASES AND SETTING BRIEFING SCHEDULE FOR MOTIONS TO APPOINT LEAD COUNSEL

WHEREAS, on June 16, 2014, Plaintiffs Gary A. Hebda and Deborah L. Hebda (the "Hebda Plaintiffs") filed an action (the "*Hebda* Action") on behalf of the Davis New York Venture Fund (the "Fund") against Defendants Davis Selected Advisers, L.P., and Davis Selected Advisers-NY, Inc. ("Defendants");

WHEREAS, on August 22, 2014, Plaintiffs Saul Chill and Sylvia Chill (the "Chill Plaintiffs") filed an action (the "*Chill* Action") on behalf of the Fund against Defendants;

WHEREAS the *Hebda* Action and *Chill* Action (the "Related Actions") both allege violations of Section 36(b) of the Investment Company Act of 1940, 15 U.S.C. § 80a-35(b), against the same Defendants and based on many of the same or substantially similar facts;

WHEREAS, in view of the common issues of law and fact involved in the Related Actions, the parties agree that consolidating the Related Actions under Fed. R. Civ. P. 42(a) will promote judicial economy and efficiency and minimize the expenditure of time and money by all parties involved;

WHEREAS the parties further agree that appointing Lead Counsel for Plaintiffs in the Related Actions will promote judicial economy and efficiency by eliminating duplication and repetition of effort;

WHEREAS the Hebda Plaintiffs and the Chill Plaintiffs both intend to file motions to appoint their respective counsel Lead Counsel for Plaintiffs in the Related Actions (the "Lead Counsel Motions"); and

WHEREAS the parties have agreed to a schedule for briefing the Lead Counsel Motions and for filing a consolidated amended complaint following the Court's decision on the Lead Counsel Motions;

THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and among the parties in the Related Actions through their undersigned counsel and subject to the Court's approval that:

1.    The Related Actions are consolidated for all purposes pursuant to Fed. R. Civ. P. 42(a).

2.    A Master Docket shall be established for the consolidated litigation, including any actions subsequently consolidated pursuant to this Order. Entries in the Master Docket shall be

2

applicable to the consolidated litigation, and entries shall be made therein in accordance with the regular procedures of the Clerk of this Court, except as modified by this Order.

3.     Every pleading or other filing made in the consolidated litigation shall bear the following caption:

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re DAVIS NEW YORK VENTURE FUND FEE LITIGATION | Master File No. 1:14-cv-4318 (LTS) (HBP) |

4.     When an action involving common issues of law or fact is filed in or transferred to this Court, such action shall be consolidated with the Related Actions pursuant to Fed. R. Civ. P. 42(a). This Order shall apply to each such action.

5.     The Hebda Plaintiffs and the Chill Plaintiffs shall file their respective Lead Counsel Motions no later than October 2, 2014, and shall file briefs in opposition to each other's Motion no later than October 15, 2014.

6.     A consolidated complaint shall be filed in the consolidated litigation no later than 30 days after the Court's decision on the Lead Counsel Motions.

Respectfully submitted,

September 16, 2014

**ZWERLING, SCHACHTER & ZWERLING, LLP**

By: _Andrew W. Robertson_

Robin F. Zwerling
Jeffrey C. Zwerling
Susan Salvetti
Andrew W. Robertson
41 Madison Avenue
New York, NY 10010
Tel: (212) 223-3900
Fax: (212) 371-5969
rzwerling@zsz.com
jzwerling@zsz.com
ssalvetti@zsz.com
arobertson@zsz.com

*Attorneys for Plaintiffs Gary A. Hebda and Deborah L. Hebda*

September __, 2014

**KIRBY McINERNEY LLP**

By: _____

Ira M. Press
825 Third Avenue, 16th Floor
New York, NY 10022
Tel: (212) 371-6600
Fax: (212) 751-2540
ipress@kmllp.com

*Attorneys for Plaintiffs Saul Chill and Sylvia Chill*

4

Respectfully submitted,

September __, 2014                    **ZWERLING, SCHACHTER &
                                     ZWERLING, LLP**

                                     By: _____

                                     Robin F. Zwerling
                                     Jeffrey C. Zwerling
                                     Susan Salvetti
                                     Andrew W. Robertson
                                     41 Madison Avenue
                                     New York, NY 10010
                                     Tel: (212) 223-3900
                                     Fax: (212) 371-5969
                                     rzwerling@zsz.com
                                     jzwerling@zsz.com
                                     ssalvetti@zsz.com
                                     arobertson@zsz.com

                                     *Attorneys for Plaintiffs Gary A. Hebda and Deborah
                                     L. Hebda*

September 16, 2014                   **KIRBY McINERNEY LLP**

                                     By: _____

                                     Ira M. Press
                                     825 Third Avenue, 16th Floor
                                     New York, NY 10022
                                     Tel: (212) 371-6600
                                     Fax: (212) 751-2540
                                     ipress@kmllp.com

                                     *Attorneys for Plaintiffs Saul Chill and Sylvia Chill*

4

September 16 2014

**K&L GATES LLP**

By: _____

Joanna A. Diakos
Sarah P. Kenney
599 Lexington Avenue
New York, NY 10022
Tel: (212) 536-3900
Fax: (212) 536-3901
joanna.diakos@klgates.com
sarah.kenney@klgates.com

- and -

Stephen G. Topetzes (*pro hac vice* forthcoming)
Jeffrey B. Maletta (*pro hac vice* forthcoming)
Nicholas G. Terris
Nicole A. Baker (*pro hac vice* forthcoming)
Amy J. Eldridge (*pro hac vice* forthcoming)
1601 K. Street NW
Washington, DC 20006
Tel: (202) 778-9000
Fax: (202) 778-9100
stephen.topetzes@klgates.com
jeffrey.maletta@klgates.com
nicholas.terris@klgates.com
nicole.baker@klgates.com
amy.eldridge@klgates.com

*Attorneys for Defendants Davis Selected Advisers,*
*L.P., and Davis Selected Advisers-NY, Inc.*

IT IS SO ORDERED.

Dated: September 18, 2014

_____

Hon. Laura Taylor Swain
United States District Judge

5