**K&L GATES**



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2-10-2015

**By ECF**

Honorable Laura Taylor Swain
United States District Judge
United States District Court
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

Stephen G. Topetzes
stephen.topetzes@klgates.com

T 202-778-9328
F 202-778-9100

February 6, 2015

Re:   *In re Davis New York Venture Fund Fee Litigation*, Master File No. 1:14 CV 4318 (LTS) (HBP) (Complex)

Dear Judge Swain:

On behalf of our clients, defendants Davis Selected Advisors, L.P., and Davis Selected Advisers-NY, Inc. (together "Defendants"), we write jointly with the plaintiffs, Gary A. Hebda, Deborah L. Hebda, Saul Chill, Sylvia Chill, and Schuyler Hoffman (collectively, "Plaintiffs") regarding the briefing schedule in the above-referenced matter.

Consistent with the Court's January 15, 2015 Order, the parties are complying with paragraph B.3 of the Court's Individual Practices rules. As that process continues, the parties have agreed to extend the deadline for Defendants to respond to the Consolidated Amended Complaint. Under the current briefing schedule, Defendants have until and including February 4, 2015 to respond to the Consolidated Amended Complaint; Plaintiffs have until and including March 12, 2015 to file an opposition to the motion; and Defendants have until and including April 7, 2015 to file any reply brief.

The parties respectfully request that the schedule be modified such that Defendants would have until and including March 9, 2015 to respond to the Consolidated Amended Complaint, assuming that Plaintiffs do not amend further their complaint. The Defendants intend to file a Rule 12(b)(6) or (c) motion with respect to the Consolidated Amended Complaint on or before that date. The parties also have agreed that: Plaintiffs shall have until and including April 15, 2015 to file an opposition to the motion; and Defendants shall have until and including May 8, 2015 to file any reply brief. If Plaintiffs elect to amend the Consolidated Amended Complaint, the parties intend to confer regarding the amendment to discuss whether it is appropriate to modify further these deadlines.

# K&L GATES

Page 2
February 6, 2015

The parties respectfully request that the Court approve this briefing schedule. The Court previously granted one extension to the briefing schedule before the Initial Pre-trial Conference.

Respectfully yours,

*[signature]*

Stephen G. Topetzes

cc: All counsel by ECF

*The proposed schedule is approved.*

**SO ORDERED:**

*[signature]* 2/10/15

HON. LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE