## UNITED STATES DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Gary A. Hebda and Deborah L. Hebda, | **NOTICE OF MOTION TO DISMISS** |
| Plaintiffs, | |
| vs. | 1:14-cv-4318 (LTS) (HBP) |
| Davis Selected Advisers, L.P., and Davis Selected Advisers-NY, Inc., | **ORAL ARGUMENT REQUESTED** |
| Defendants. | |

**PLEASE TAKE NOTICE** that, upon the accompanying Memorandum of Law in Support of Defendants' Motion to Dismiss the Consolidated Amended Complaint, the Declaration of Stephen G. Topetzes, and accompanying exhibits, and all other papers and proceedings herein, Defendants Davis Selected Advisers, L.P. and Davis Selected Advisers-NY, Inc. (together "Defendants"), will move this Court, before the Honorable Laura T. Swain, United States District Judge for the Southern District of New York, at a date and time to be set by the Court, for an Order dismissing the Consolidated Amended Complaint with prejudice pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure.  The basis for the motion is set forth in the accompanying memorandum of law.

Pursuant to the individual practices of the Honorable Laura T. Swain, Defendants certify, through counsel, that they have used their best efforts to informally resolve the matter raised in this Amended Complaint.

| | |
|---|---|
| Dated: March 9, 2015<br>New York, New York | Respectfully Submitted:<br><br>K&L GATES LLP<br><br>By:   /s/   Stephen G. Topetzes<br><br>Jeffrey B. Maletta (*pro hac vice*)<br>Stephen G. Topetzes (*pro hac vice*)<br>Nicholas G. Terris<br>Nicole A. Baker (*pro hac vice*)<br>Amy J. Eldridge (*pro hac vice*<br>**K&L Gates LLP**<br>1601 K Street NW<br>Washington, D.C. 20006<br>Tel:   (202) 778-9000<br>Fax:   (202) 778-9100<br>Email: stephen.topetzes@klgates.com<br>          jeffrey.maletta@klages.com<br>          nicholas.terris@klgates.com<br>          nicole.baker@klgates.com<br>          amy.eldridge@klgates.com<br><br>Joanna A. Diakos<br>Sarah Peck Kenney<br>**K&L Gates LLP**<br>599 Lexington Ave.<br>New York, NY 10022<br>Tel:    (212) 536-3900<br>Fax:   (212) 536-3901<br>Email: joanna.diakos@klgates.com<br>          sarah.kenney@klgates.com<br><br>*Attorneys for Davis Selected Advisers, L.P., and Davis Selected Advisers-NY, Inc.* |