UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

IN RE DAVIS NEW YORK VENTURE FUND
FEE LITIGATION

Master File No. 14CV4318-LTS-HBP

THIS DOCUMENT RELATES TO:
   All Actions


-------------------------------------------------------x

ORDER

In light of the pending motion to dismiss in the above-captioned case, the conference currently scheduled for October 9, 2015 is adjourned to **November 19, 2015 at 10:00 a.m.**

SO ORDERED.

Dated: New York, New York
       October 5, 2015

LAURA TAYLOR SWAIN
United States District Judge