UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11-13-2015

In re DAVIS NEW YORK VENTURE FUND
FEE LITIGATION

No. 14CV4318-LTS-HBP

--------------------------------------------------------x

ORDER

The pre-trial conference currently scheduled for November 19, 2015 at 10:00 a.m.

is adjourned to **December 17, 2015, at 11:00 a.m.**

SO ORDERED.

Dated: New York, New York
       November 12, 2015

LAURA TAYLOR SWAIN
United States District Judge