**Zwerling, Schachter & Zwerling, LLP**
Counselors at Law

**Susan Salvetti**
ssalvetti@zsz.com

41 Madison Avenue
New York, NY 10010
tel 212•223•3900
fax 212•371•5969

New York
Long Island
Seattle

January 19, 2016

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1-20-2016

**BY ECF**

Honorable Laura Taylor Swain
United States District Judge
United States District Court
  Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY  10007

Re:  *In re Davis New York Venture Fund Fee Litig.*,
     No. 14-cv-4318 (LTS) (HBP)

Dear Judge Swain:

This firm is lead counsel for Plaintiffs in the above matter.  We submit this letter, jointly on behalf of all parties, to request a revision to one expert discovery deadline in Pre-Trial Scheduling Order No. 1 (Docket #78) entered at the pre-trial conference on December 17, 2015 ("PTSO").  We have conferred with counsel to Defendants, and the parties agree that the requested revision is needed to give effect to the schedule proposed by the parties and approved by the Court at the pre-trial conference.

As Your Honor may recall, pursuant to the Initial Conference Report, filed on December 10, 2015 (Docket #76), the Court granted the parties' proposal (Schedule (Topic 8) C.) regarding the conduct of expert discovery and its completion 195 days (*i.e.* 6½ months) after the close of fact discovery.

To that end, Paragraph 2.c. of the PTSO requires that, "All non-expert witness discovery in this matter must be completed by **June 18, 2017**;" Paragraph 2.e. of the PTSO requires that, "All expert witness discovery must be completed by **January 12, 2018**" (emphases in original).  When read together, these two provisions allow the parties approximately 195 days or 6½ months to complete expert discovery.

However, the second sentence of paragraph 2.d. in the PTSO states that "Plaintiffs must serve their primary expert reports no later than 195 days **before the date set forth in paragraph 2.c.**..." (emphasis in original).  Because paragraph 2.c. is

www.zsz.com

**Zwerling, Schachter & Zwerling, LLP**
Counselors at Law

January 19, 2016
Honorable Laura Taylor Swain
Page 2

the fact discovery deadline, paragraph 2.d. would require Plaintiffs to serve their primary expert reports 6½ months **prior** to the close of fact discovery (*i.e.* December 5, 2016), rather than 60 days **after** the close of fact discovery (as set forth in the Initial Conference Report (Schedule (Topic 8) C.). As currently required, the provision would also extend the expert discovery period from the intended total of 195 days to over one year (*i.e.* from December 5, 2016 to January 12, 2018).

Accordingly, the parties propose that the second sentence of paragraph 2.d. be revised as follows:

> "Plaintiffs must serve their primary expert reports no later than 147 days before the date set forth in paragraph 2.e. below."

(Proposed revisions are highlighted)

The parties respectfully submit that this revision will implement both the Court's decision at the Pre-trial Conference as well as the parties' Initial Conference Report by allowing commencement of expert discovery after fact discovery is completed, and by allowing Plaintiffs 60 days from the completion of fact discovery to serve their primary expert reports. Because the remaining provisions of paragraph 2.d. are calculated from the time of service of Plaintiffs' primary expert reports, no other revision to paragraph 2.d. is necessary.

Respectfully submitted,

Susan Salvetti

SS/jm

cc: All counsel of record by ECF

The proposed revision is approved and is hereby deemed incorporated into the scheduling order. DE #81 resolved.

**SO ORDERED:**

1/20/2016
HON. LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE

