USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/12/17

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re DAVIS NEW YORK VENTURE FUND FEE LITIGATION | Master File No. 1:14-cv-4318 (LTS) (HBP) |

JOINT STIPULATION AND [~~PROPOSED~~] ORDER
TO EXTEND DISCOVERY DEADLINES

WHEREAS, on December 17, 2015, the Court entered Pre-Trial Scheduling Order No. 1 (Dkt. No. 78), as amended by order dated January 20, 2016 (Dkt. No. 82) (the "Scheduling Order");

WHEREAS, Paragraph 2.c. of the Scheduling Order requires all fact discovery to be completed by June 18, 2017, and Paragraph 2.e. of the Scheduling Order requires all expert discovery to be completed by January 12, 2018;

WHEREAS, Paragraph 7(b) of the Joint ESI Submission and Order entered April 1, 2016 (Dkt. No. 84) estimated that Defendants would complete their production of ESI by December 18, 2016;

WHEREAS, Plaintiffs anticipated that they would have approximately six months to complete depositions and other follow-up fact discovery subsequent to completion of Defendants' production;

WHEREAS, Defendants' substantial production of documents and ESI has been more time-consuming than anticipated, with a presumptively final production served on Plaintiffs on May 1, 2017;

WHEREAS, Plaintiffs diligently have been reviewing and continue to review Defendants' production as documents and ESI are received;

WHEREAS, the parties have continued to cooperate on matters related to discovery related to this action;

WHEREAS, Plaintiffs anticipate beginning depositions in mid-June 2017;

WHEREAS, the parties agree that 60 additional days will be necessary to complete fact discovery; and

WHEREAS, there have been no prior extensions of the deadlines in the Scheduling Order;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the parties through their undersigned counsel, and subject to the Court's approval, that:

1. The fact discovery cut-off in Paragraph 2.c. of the Scheduling Order shall be extended by 60 days to August 17, 2017;

2. The expert discovery cut-off in Paragraph 2.e. of the Scheduling Order shall be extended by 60 days to March 13, 2018; and

3. All other deadlines remain as set forth in the Scheduling Order.

May 12, 2017                                   Respectfully submitted,

                                                **ZWERLING, SCHACHTER & ZWERLING, LLP**

By: s/ Andrew W. Robertson

Robin F. Zwerling
Jeffrey C. Zwerling
Susan Salvetti
Andrew W. Robertson
41 Madison Avenue
New York, NY 10010
Tel: (212) 223-3900
Fax: (212) 371-5969
rzwerling@zsz.com
jzwerling@zsz.com

ssalvetti@zsz.com
arobertson@zsz.com

*Lead Counsel for Plaintiffs*

**AULO I. GONANO, P.C.**
Aulo I. Gonano
1932 Ford Avenue
Wyandotte, MI 48192
Tel: (734) 285-3333
Fax: (734) 285-3399
aulo@aol.com

*Counsel for the Hebda Plaintiffs*

**ROBBINS ARROYO LLP**
Stephen J. Oddo
Jenny Dixon
600 B Street, Suite 1900
San Diego, CA 92101
Telephone: (619) 525-3990
Facsimile: (619) 525-3991
soddo@robbinsarroyo.com
jdixon@robbinsarroyo.com

*Counsel for Plaintiff Schuyler Hoffman*

**KIRBY McINERNEY LLP**
Ira Press
825 Third Avenue, 16th Floor
New York, NY 10022
Tel: (212) 371-6600
Fax: (212) 751-2540
ipress@kmllp.com

*Counsel for the Chill Plaintiffs*

3

May 12, 2017

**K&L GATES LLP**

By: s/ Nicole A. Baker

Joanna A. Diakos
599 Lexington Avenue
New York, NY 10022
Tel: (212) 536-3900
Fax: (212) 536-3901
joanna.diakos@klgates.com

- and -

Stephen G. Topetzes (*pro hac vice*)
Jeffrey B. Maletta (*pro hac vice*)
Nicholas G. Terris
Nicole A. Baker (*pro hac vice*)
Amy J. Eldridge (*pro hac vice*)
1601 K Street NW
Washington, D.C. 20006
Tel: (202) 778-9000
Fax: (202) 778-9100
stephen.topetzes@klgates.com
jeffrey.maletta@klgates.com
nicholas.terris@klgates.com
nicole.baker@klgates.com
amy.eldridge@klgates.com

*Counsel for Defendants*

IT IS SO ORDERED.

Dated: May __, 2017

Hon. Henry B. Pitman
United States Magistrate Judge
6 - 12 - 17