USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/19/18

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

In re DAVIS NEW YORK VENTURE
FUND FEE LITIGATION

Master File No. 1:14-cv-4318 (LTS) (HBP)

---

## JOINT STIPULATION AND [PROPOSED] *it is* ORDER TO EXTEND DEADLINES

WHEREAS, on December 17, 2015, the Court entered a Pre-Trial Scheduling Order No. 1 (Dkt. No. 78) as amended by order dated January 20, 2016 (Dkt. No. 82) (the "Scheduling Order");

WHEREAS, the Scheduling Order has been amended pursuant to three prior stipulations between the parties entered by the Court on June 12, 2017 (the "June 12 Order"; Dkt. No. 89), August 9, 2017 (the "August 9 Order"; Dkt. No. 90), and November 21, 2017 (the "November 21 Order"; Dkt. No. 95), respectively;

WHEREAS, the June 12 Order and the August 9 Order extended the deadlines for the parties to complete fact discovery, with consequent adjustments to the deadlines for the exchange of expert reports and completion of expert discovery, and the November 21 Order extended the deadline for service of plaintiffs' expert report, with consequent adjustments to the deadlines for service of defendants' expert reports and plaintiffs' rebuttal reports;

WHEREAS, all of the prior orders left unchanged the deadline for dispositive motions in Paragraph 5, as well as the date of the Final Pre-Trial Conference in Paragraph 9 of the Scheduling Order;

WHEREAS, the parties have exchanged expert reports and continue to work diligently and to cooperate on matters related to the completion of expert discovery;

WHEREAS, due to scheduling issues communicated to the Court on March 13, 2018, the parties are requesting additional time beyond March 13, 2018 to complete expert discovery, and defendants are requesting additional time beyond March 16, 2018 to file their anticipated dispositive motion;

WHEREAS, the June 12 Order, the August 9 Order, and the November 21 Order are the only prior extensions of the deadlines set forth in the Scheduling Order;

WHEREAS, the proposed extensions will not cause prejudice to plaintiffs or unduly delay the proceedings in this matter;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the parties through their undersigned counsel, and subject to the Court's approval, that:

1. The expert discovery cut-off in Paragraph 2.e of the Scheduling Order shall be extended to May 14, 2018;

2. The deadline for dispositive motions in Paragraph 5 of the Scheduling Order shall be extended to May 15, 2018; and

3. The date of the parties' appearance for a pre-trial conference, as stated in Paragraph 9 of the Scheduling Order, shall be rescheduled to on or about August 28, 2018, or to such other date that may be convenient for the Court.

March 13, 2018						Respectfully submitted,

							**K&L GATES LLP**

							By: _____

							Joanna A. Diakos
							599 Lexington Avenue
							New York, NY 10022
							Tel: (212) 536-3900
							Fax: (212) 536-3901
							joanna.diakos@klgates.com

							- and -

							Stephen G. Topetzes (*pro hac vice*)
							Jeffrey B. Maletta (*pro hac vice*)
							Nicholas G. Terris
							Nicole A. Baker (*pro hac vice*)
							Amy J. Eldridge (*pro hac vice*)
							Meghan E. Flinn (*pro hac vice*)
							1601 K Street, NW
							Washington, DC 20006
							Tel: (202) 778-9000
							Fax: (212) 778-9100
							stephen.topetzes@klgates.com
							jeffrey.maletta@klgates.com
							nicholas.terris@klgates.com
							nicole.baker@klgates.com
							amy.eldridge@klgates.com
							meghan.flinn@klgates.com

March 13, 2018						**ZWERLING, SCHACHTER & ZWERLING, LLP**

							By: _____

							Robin F. Zwerling
							Jeffrey C. Zwerling
							Susan Salvetti
							Andrew W. Robertson
							40 Madison Avenue
							New York, NY 10010
							Tel: (212) 223-3900
							Fax: (212) 371-5969
							rzwerling@zsz.com
							jzwerling@zsz.com
							ssalvetti@zsz.com

arobertson@zsz.com

*Lead Counsel for Plaintiffs*

**AULO I. GONANO, P.C**
Aulo I. Gonano
1932 Ford Avenue
Wyandotte, MI 48192
Tel: (734) 285-3333
Fax: (734) 285-3399
aulo@aol.com

*Counsel for the Hebda Plaintiffs*

**ROBBINS ARROYO LLP**
Stephen J. Oddo
Jenny Dixon
600 B Street, Suite 1900
San Diego, CA 92101
Tel: (619) 525-3990
Fax: (619) 525-3991
soddo@robbinsarroyo.com
jdixon@robbinsarroyo.com

*Counsel for Plaintiff Schuyler Hoffman*

**KIRBY McINERNEY LLP**
Ira Press
825 Third Avenue, 16th Floor
New York, NY 19922
Tel: (212) 371-6600
Fax: (212) 751-2540
ipress@kmllp.com

*Counsel for the Chill Plaintiffs*

IT IS SO ORDERED.

Dated: New York, New York
_____3-16-_____, 2018

SO ORDERED

HENRY PITMAN
UNITED STATES MAGISTRATE JUDGE

LAURA TAYLOR SWAIN
United States District Judge

4