## UNITED STATES DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re DAVIS NEW YORK VENTURE FUND FEE LITIGATION | Master File No. 1:14-cv-4318 (LTS) (HBP)<br><br>**ORAL ARGUMENT REQUESTED** |

### NOTICE OF MOTION FOR SUMMARY JUDGMENT

**PLEASE TAKE NOTICE** that, upon the accompanying Memorandum of Law in Support of Defendants' Motion for Summary Judgment, the Declaration of Stephen G. Topetzes and accompanying exhibits, the Statement of Undisputed Facts in Support of Defendants' Motion for Summary Judgment pursuant to Local Rule 56.1, and all other papers and proceedings herein, Defendants Davis Selected Advisers, L.P. and Davis Selected Advisers-NY, Inc. (together "Defendants") will move this Court, before the Honorable Laura T. Swain, United States District Judge for the Southern District of New York, on a date and time to be set by the Court, for an Order entering summary judgment in favor of Defendants and dismissing Plaintiffs' Complaint (Dkt. No. 1) with prejudice pursuant to Rule 56 of the Federal Rules of Civil Procedure.  The basis for the motion is set forth in the accompanying memorandum of law.

Pursuant to the individual practices of the Honorable Laura T. Swain, Defendants certify, through counsel, that they have used their best efforts to informally resolve the matter contained in this submission.

301919843 v1

Dated:  May 15, 2018

        Respectfully submitted,

        K&L Gates LLP

        By:   S/  Stephen G. Topetzes_____

        Joanna A. Diakos
        599 Lexington Avenue
        New York, NY  10022
        Tel: (212) 536-3900
        Fax: (212) 536-3901
        joanna.diakos@klgates.com

        - and -

        Stephen G. Topetzes (*pro hac vice*)
        Jeffrey B. Maletta (*pro hac vice*)
        Nicholas G. Terris
        Nicole A. Baker (*pro hac vice*)
        Amy J. Eldridge (*pro hac vice*)
        Meghan E. Flinn (*pro hac vice*)
        1601 K Street, NW
        Washington, DC  20006
        Tel: (202) 778-9000
        Fax: (212) 778-9100
        stephen.topetzes@klgates.com
        jeffrey.maletta@klgates.com
        nicholas.terris@klgates.com
        nicole.baker@klgates.com
        amy.eldridge@klgates.com
        meghan.flinn@klgates.com