4-cv-04318-LTS-HBP   Document 108   Filed 06/05/18   Page 1 of 2

DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6-8-2018

# K&L GATES

June 5, 2018

Stephen G Topetzes
stephen.topetzes@klgates.com

T +1 202 778 9328
F +1 202 778 9100

**BY FAX AND ECF**

Honorable Laura Taylor Swain
United States District Judge
United States District Court
　Southern District of New York
Daniel Patrick Moynihan
United Stated Courthouse
500 Pearl Street
New York, NY 10007

Re: *In re Davis New York Venture Fund Fee Litigation, Master File No. 1:14-cv-4318 (LTS) (HBP) (Complex)*

Dear Judge Swain:

　　We represent defendants Davis Selected Advisors, L.P. and Davis Selected Advisers-NY, Inc. (together, "Defendants") in the above-referenced matter. In light of recent deadline extensions approved by the Court, we write to seek corresponding modifications to certain other deadlines in order to preserve the sequencing and spacing previously set by the Court. Plaintiffs consent to the proposed scheduling changes described in this letter.

　　Defendants have filed a motion for summary judgment, seeking judgment as to all of Plaintiffs' claims. Plaintiffs requested (with Defendants' consent) a 45-day extension for the filing of their opposition to that motion, and Defendants requested (with Plaintiffs' consent) a 10-day extension for the filing of their reply. The Court granted that request on May 24, 2018. *See* Dkt. No. 107.

　　Pursuant to Your Honor's Pre-Trial Scheduling Order (Dkt. No. 78), as amended (the "Scheduling Order"), the Final Pre-Trial Conference is scheduled to occur on or about August 28, 2018 (less than one month after the summary judgment motion will be fully briefed).

　　Under the Scheduling Order, various other deadlines are triggered based on that conference date, including the filing of *Daubert* motions, motions *in limine*, the Joint Final Trial Report, and copies of marked trial exhibits. The extension in the summary judgment briefing has resulted in several of these other deadlines now being out of order or occurring on or around the same dates as other deadlines, which will result in logistical difficulties and cause some filings to be made outside the usual order.

K&L GATES LLP
1601 K STREET NW  WASHINGTON  DC 20006
T +1 202 778 9000  F +1 202 778 9100  klgates.com

klgates.com

In order to preserve the sequence and spacing of deadlines previously set by the Court, Defendants respectfully request (with Plaintiffs' consent) that the Court extend these other deadlines by a similar 45-day period. This would also maintain the previously-set period of time after full briefing of the summary judgment motion, which, if granted, would dispose of this case in its entirety.

The current and proposed deadlines would therefore be as follows:

| Event | Current Deadline | Proposed Deadline[1] |
|---|---|---|
| Opposition to Motion for Summary Judgment | July 13 | July 13 (unchanged) |
| Reply to Motion for Summary Judgment | July 30 | July 30 (unchanged) |
| *Daubert* motions | June 29 | August 15 |
| *Daubert* oppositions | July 13 | August 29 |
| *Daubert* replies | July 20 | September 7 |
| Motions *in limine* | July 31 | September 14 |
| Joint Final Trial Report | July 31 | September 14 |
| Motions *in limine* oppositions | August 7 | September 21 |
| Final Pre-Trial Conference | August 28 | On or about October 12, or at the convenience of the Court |

This request would be the second extension impacting any of the deadlines described herein. *See* Joint Stipulation and Order to Extend Deadlines (Dkt. No. 97).

Respectfully submitted,

Stephen G. Topetzes

CC: Counsel of Record (by ECF)

The proposed schedule is approved. The final pre-trial conference is adjourned to October 12, 2018, at 11:30AM. DE #108 resolved!

SO ORDERED:

6-8-2018

LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE

---

[1] This schedule reflects slight adjustments to some intermediate dates to accommodate holidays and other scheduling conflicts from counsel.

2

301957430 v2