UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

In re DAVIS NEW YORK VENTURE FUND
FEE LITIGATION

14 CIVIL 4318 (LTS)

**JUDGMENT**

-----------------------------------------------------------X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/30/19
```

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated May 30, 2019, Plaintiffs' motion to preclude is denied and Defendants' motion to preclude is granted in part and denied in part. Defendants' motion for summary judgment is granted and the case is dismissed.

**Dated:** New York, New York
May 30, 2019

RUBY J. KRAJICK
_____
**Clerk of Court**

BY:
_____
**Deputy Clerk**