# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re DAVIS NEW YORK VENTURE FUND FEE LITIGATION | Master File No. 1:14-cv-4318 (LTS) (HBP) |

## NOTICE OF APPEAL

Notice is hereby given that Plaintiffs Gary A. Hebda, Deborah L. Hebda, Saul Chill, Sylvia Chill, and Schuyler Hoffman (collectively, "Plaintiffs") in the above-captioned case on behalf of the Davis New York Venture Fund, appeal to the United States Court of Appeals for the Second Circuit from: the Memorandum Opinion and Order entered May 30, 2019 (ECF No. 158), and the Judgment entered May 30, 2019 (ECF No. 160), denying Plaintiffs' motion to preclude, granting in part the motion to preclude made by Defendants Davis Selected Advisers, L.P. and Davis Selected Advisers-NY, Inc., and dismissing Plaintiffs' case.

Dated: June 28, 2019

ZWERLING, SCHACHTER & & ZWERLING, LLP

/s/ Andrew W. Robertson

Robin F. Zwerling
Jeffrey C. Zwerling
Susan Salvetti
Andrew W. Robertson
41 Madison Avenue
New York, NY 10010
Tel: (212) 223-3900
Fax: (212) 371-5969
rzwerling@zsz.com
jzwerling@zsz.com
ssalvetti@zsz.com
arobertson@zsz.com

*Lead Counsel for Plaintiffs*

**AULO I. GONANO, P.C.**
Aulo I. Gonano
1932 Ford Avenue
Wyandotte, MI 48192
Tel: (734) 285-3333
Fax: (734) 285-3399
aulo@aol.com

*Counsel for the Hebda Plaintiffs*

**ROBBINS ARROYO LLP**
Stephen J. Oddo
Jenny L. Dixon
600 B Street, Suite 1900
San Diego, CA 92101
Telephone: (619) 525-3990
Facsimile: (619) 525-3991
soddo@robbinsarroyo.com
jdixon@robbinsarroyo.com

*Counsel for Plaintiff Schuyler Hoffman*

**KIRBY McINERNEY LLP**
Ira Press
825 Third Avenue, 16th Floor
New York, NY 10022
Tel: (212) 371-6600
Fax: (212) 751-2540
ipress@kmllp.com

*Counsel for the Chill Plaintiffs*

## **CERTIFICATE OF SERVICE**

This is to certify that on June 28, 2019, the within Notice of Appeal was filed with the Clerk of the United States District Court for the Southern District of New York using the CM/ECF system, which will automatically provide notice to all counsel of record.


/s/ Andrew W. Robertson